**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 28 2011 ★

BROOKLYN OFFICE

AO 451 (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FRANCIS GATES et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. MISC 1-0671  ROSS, J. |
| SYRIAN ARAB REPUBLIC et al | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __09/26/2008__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: __09/23/2011__

ANGELA D. CAESAR, CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCIS GATES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1500 (RMC) |
| ) | |
| SYRIAN ARAB REPUBLIC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that judgment is entered in favor of Plaintiffs on their claim under the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1602 *et seq.*; and it is

**FURTHER ORDERED** that default judgment is entered in favor of Plaintiffs in the following amounts:

Economic Damages to the Estate of Jack Armstrong -- $1,051,377.00

Pain and Suffering to the Estate of Jack Armstrong – $50,000,000.00

Punitive Damages to the Estate of Jack Armstrong – $150,000,000.00

Solatium to Francis Gates – $3,000,000.00

Solatium to Jan Smith – $1,500,000.00

Economic Damages to the Estate of Jack Hensley – $1,358,210.00

Pain and Suffering to the Estate of Jack Hensley – $50,000,000.00

Punitive Damages to the Estate of Jack Hensley – $150,000,000.00

Solatium to Pati Hensley – $3,000,000.00

Solatium to Sara Hensley – $3,000,000.00

**IT IS FURTHER ORDERED** that Plaintiffs' state law claims are **DISMISSED**.

This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: September 26, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
Date Filed: 9-26-08
ANGELA D. CAESAR, CLERK
By: _____

-2-